AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Zachary Zurek Telephone: (313) 226-9100
Special Agent: Ian McDonald Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Ronald Dennis Hayes

Case No.

Case: 2:26-mj-30609
Assigned To : Unassigned
Assign. Date : 9/30/2026
Description: RE: RONALD DENNIS HAYES (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 23, 2026 - September 10, 2026 in the county of Macomb and elsewhere in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Ian McDonald, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: September 30, 2026

City and state: Detroit, Michigan

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Ian McDonald, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed as such for approximately six and a half years. I am currently assigned to the FBI Macomb County Gang and Violent Crime Task Force. During my time with the FBI, I have conducted investigations into violations of federal law, including drug violations, health care fraud, crimes against children, and violent crime.

2. As a Special Agent, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Ronald Dennis HAYES for violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that HAYES has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

**PROBABLE CAUSE**

6. The FBI began investigating HAYES based on a January 2026 online tip from an adult male who reported that HAYES sextorted him approximately 10 years ago, and a July 2022 CyberTip which DropBox sent to the National Center for Missing and Exploited Children.

7. The online tipster (Victim-1) claimed HAYES sextorted him approximately 10 years ago when the tipster was approximately 14 years old. Victim-1 wrote that HAYES "is smart, very tech savvy, and works in cybersecurity." Victim-1 also wrote that HAYES goes by an alias "Ron Burgundy" and provided a LinkedIn profile. Publicly available information shows the LinkedIn profile belongs

to Ron Hayes, an Information Technology Manager at a company identified on his profile.

8. According to its public website, the identified company is located in Bloomfield Hills, Michigan, an approximate 30-minute drive from the residential address in Clinton Township that is listed on HAYES' driver's license.

9. Victim-1 provided a phone number that Victim-1 claimed to belong to HAYES, xxx-xxx-1099.

10. Through a variety of means, the FBI identified xxx-xxx-1106 as an alternative phone number that currently belonged to HAYES.

11. The FBI obtained search warrants for the location data of both cell phones. Only the phone number ending in xxx-xxx-1106 was consistently in the vicinity of HAYES' residence and workplace.

12. In June 2026, law enforcement saw HAYES' registered vehicle during surveillance in a parking lot at his identified residence. Law enforcement identified HAYES by his driver's license photo and observed him leaving the identified residence in the same vehicle.

13. On September 10, 2026, the FBI executed search warrants for HAYES' residence, person, and vehicle in Clinton Township.

14. The FBI seized approximately 28 devices including phones, hard drives, tablets, and computers, including a phone with a phone number ending in xxx-xxx-1106.

15. Agents conducted multiple interviews with HAYES. He admitted xxx-xxx-1106 was his phone number. He claimed that he would find child pornography online on the dark web and report it to the Federal Trade Commission. He denied sextorting anyone.

16. HAYES told other agents that a 12-terabyte hard drive located near his main desktop computer was for his "microphone."

17. Agents unlocked HAYES' phone and located a secure folder that contained, at least, hundreds of media files depicting possible adult and/or age-ambiguous pornography. Agents could not discern at the time whether any of the images or videos met the federal definition of child pornography. HAYES was left at his residence.

18. The FBI forensically extracted HAYES' devices. On or about September 28, 2026, I was able to view the forensic extraction of the 12-terabyte hard drive.

19. At this time, a conservative estimate is that the 12-terabyte hard drive contains hundreds of media files that meet the federal definition of child pornography. These files are saved in a folder labeled "MEGA" and "Mega Sync."

Based on my training and experience and conversations with other agents who are experienced in child exploitation investigations, I understand these videos were likely batch-downloaded from MEGA, a file-sharing site based in Hungary.

20. FBI located a number of e-mail addresses used by HAYES on his phone, and sent those e-mail addresses to MEGA. MEGA provided information showing that HAYES likely has at least two MEGA accounts, which were created in September 2022 (shortly after the 2022 Dropbox Cybertip) and June 2026. The June 23, 2026, account had a "creation IP" address that geolocates to Clinton Township, Michigan, near HAYES' residence.

21. The following example files were located on the 12-terabyte hard drive, in the "MEGA" or "Mega Sync" folder, and had metadata showing a creation date of June 23, 2026:

a) Example 1 – 7 minute 2 second video depicting a suspected prepubescent minor male masturbating.

b) Example 2 – 2 minute 11 second video depicting an adult male performing anal sex with a prepubescent minor boy.

c) Example 3 – 8 minute 33 second video depicting an adult male and a prepubescent minor boy masturbating each other and the prepubescent minor boy performing oral sex on the adult male.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe that Ronald Dennis HAYES committed violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child

pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Ian McDonald, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date: September 30, 2026